File No. 3011491-MET-jys

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ISAAC HAMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 09 C 7194 |
| ) | |
| FOREST PRESERVE DISTRICT OF ) | Judge Leinenweber |
| COOK COUNTY, S. MCCORMICK #401, ) | |
| and UNKNOWN FOREST PRESERVE ) | Magistrate Judge Mason |
| POLICE OFFICERS, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV.P. 68

NOW COMES the defendant, COOK COUNTY FOREST PRESERVE DISTRICT, by and through its attorneys, SmithAmundsen LLC, and pursuant to Rule 68 of the Federal Rules of Civil Procedure hereby offers to allow judgment to be taken against it, in this cause of action in the total amount of three thousand dollars ($3,000.00) plus costs expended to date in full and complete settlement of any and all counts and causes of action contained in Plaintiff's complaint and for any right and entitlement to a claim of attorney's fees. This offer of judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that the Defendant is liable in this action or that the Plaintiff has suffered any damages as a result of any act or omission alleged by the Plaintiff in this action.

Respectfully submitted,

SMITHAMUNDSEN LLC,

By:___s/Marcie Thorp_____

Marcie Thorp
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
Firm No.  42907

Dated:  April 19, 2010